# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PEDRO ISAAC JIMENEZ, JR., | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 1:19-cv-354-TFM-MU-C |
| BP EXPLORATION & PRODUCTION INC., *et al.*, | : |
| Defendants. | : |

## ORDER

Pending before the Court is the parties' *Rule 41(a) Stipulation of Dismissal With Prejudice*. Doc. 20, filed January 15, 2020. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The joint stipulation is signed by both sides and Plaintiff reserves his remaining rights that he may have under the *Deepwater Horizon Medical Benefits Class Action Settlement Agreement*.[1] Doc. 20.

Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the joint notice. Therefore, the claims in this case are dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

---

[1] *In the Matter of Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*. No. 2:10-md-02179-CJB-JCW, Doc. 8217 (E.D. La. Jan. 11, 2013).

**DONE** and **ORDERED** this the 15th day of January 2020.

                                       s/Terry F. Moorer
                                       TERRY F. MOORER
                                       UNITED STATES DISTRICT JUDGE